# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>YUCHEN ZHANG,<br>a/k/a "Jia Wu,"<br><br>Defendant(s) | Case No. 1:20-MJ-212<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 12, 2019 - July 14, 2020__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Viviana Vasiu/AUSA William Fitzpatrick
*Printed name and title*

*Complainant's signature*

Gregory R. Settducati, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: July 29, 2020

*Judge's signature*
Digitally signed by Michael S. Nachmanoff
Date: 2020.07.29 11:53:08 -04'00'

City and state: Alexandria, Virignia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*